IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 08-cv-01266-MJW-KLM**

JOHN G. HENRY,

Plaintiff(s),

v.

THE PAUL REVERE LIFE INSURANCE COMPANY,

Defendant(s).

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE
AND ORDER SETTING SCHEDULING CONFERENCE

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on July 17, 2008, by Chief Judge Edward W. Nottingham and was assigned to Magistrate Judge Michael J. Watanabe on July 18, 2008.

    Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that Magistrate Judge Kristen L. Mix is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER ORDERED that the General Case Management Order and Order of Reference to United States Magistrate Judge, entered by Chief Judge Edward W. Nottingham on June 26, 2008, is **VACATED**.

    IT IS FURTHER ORDERED that a Scheduling Conference is set on August 14, 2008, at 9:30 a.m., before Magistrate Judge Watanabe, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed Scheduling Order to U.S. Magistrate Judge Watanabe five (5) business days prior to the Scheduling Conference date.

    Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2B.

    The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext

format are posted in the forms section of the website. Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, Colorado.

DATED THIS 25th DAY OF JULY, 2008.

BY THE COURT:

s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge