IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01266-MJW-KLM

JOHN G. HENRY,

  Plaintiff,

vs.

THE PAUL REVERE LIFE INSURANCE COMPANY and THE UNUM LIFE INSURANCE COMPANY OF AMERICA,

  Defendants.

## ORDER GRANTING STIPULATION FOR DISMISSAL ( Docket No. 25 )

Upon the parties' Stipulated Motion for Dismissal With Prejudice, this action is hereby DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: December 17, 2008.

BY THE COURT:

United States District Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO